```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Jian F. HE et al.,                  :

           Plaintiffs,              :          ORDER

     -against-                      :     09 Civ. 5630 (GBD)(MHD)

HOME ON 8TH CORP. et al.,           :

           Defendants.              :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby

**ORDERED** that a telephone conference has been scheduled in the above-captioned action on **MONDAY, NOVEMBER 23, 2009 at 10:00 A.M**. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

The parties are to make the necessary arrangements for a conference call and call chambers at 212-805-0204 when all parties are on the line.

**Dated: New York, New York**
       **November 5, 2009**

SO ORDERED.

_____
**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent today by fax to:

Gillian Costello, Esq.
Yvonne Louise Brown, Esq.
Spivak, Lipton, Watanabe, Spivak, Moss & Orfan LLP
Fax: (212) 541-5429

Andrew Paul Marks, Esq.
Elena Paraskevas-Thadani, Esq.
Littler Mendelson, P.C. (NYC)
Fax: (212) 832-2719