

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JIAN F. HE, LAI LEE, YOUNG D. LIN, LIN H. WEI,

　　　　　　　　　　　　Plaintiffs,

-against-

HOME ON 8TH CORP. (d/b/a Home on 8th), HENRY LI, JOHN DOE (A/K/A MANAGER LI),

　　　　　　　　　　　　Defendants.

---

No. 09-CV-5630 (GBD)

ORDER

Defendants having withdrawn their motion to dismiss (Dkt. No. 9) on the consent of all parties, it is hereby ordered that their motion to dismiss is WITHDRAWN.

Date:　January 21, 2010
　　　　New York, New York

SO ORDERED.　　2 2 JAN 2010

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE
HON. GEORGE B. DANIELS